UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-61961-CIV-DIMITROULEAS/AUGUSTIN-BIRCH

ANDREW BAKER and MATTHEW
BERMAN, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FUBOTV, INC.,

    Defendant.
_____/

**JOINT STIPULATION AND MOTION REQUESTING 60-DAY STAY
OF ALL PENDING CASE DEADLINES**

Plaintiffs Andrew Baker and Matthew Berman ("Plaintiffs") and Defendant fuboTV, Inc. ("Fubo" and with Plaintiffs, the "Parties") hereby respectfully submit to the Court this joint stipulation and motion to stay further proceedings in this action for sixty (60) days. In support of this joint stipulation and motion, the Parties state as follows:

1. On March 4, 2024, Plaintiffs filed a First Amended Class Action Complaint in this action. *See* Dkt. No. 16.

2. On April 17, 2024, Fubo filed its Answer and Affirmative Defenses in response to the First Amended Complaint. *See* Dkt. No. 19.

3. On May 23, 2024, the Court entered an Order Setting Trial Date and Discovery Deadlines. *See* Dkt. 23. Among other things, the Order set a discovery cutoff of May 16, 2025, and a trial start date of November 3, 2025. *Id.* at 1-2.

4. The Parties have reached an agreement in principle to resolve this matter and other pending cases arising under the Video Privacy Protection Act, 18 U.S.C. § 2710 *et seq.*, on behalf of a proposed class of persons. The Parties are currently negotiating and preparing the class action

settlement agreement and other settlement-related documents and expect to be able to finalize those documents within approximately 60 days. Upon execution of the settlement agreement, Plaintiffs expect to voluntarily dismiss this action, and the Parties expect to submit the proposed settlement, which is intended to resolve the claims in this and the other pending matters, for preliminary approval before another.

5. The Parties believe that judicial economy and the interests of the Parties would be served by a 60-day stay of the action while the Parties finalize the settlement agreement, after which time the Parties propose they will jointly file a status report regarding the Parties' progress if the action has not been voluntarily dismissed.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion for a 60-day stay of all pending case deadlines to allow the Parties to finalize the settlement agreement.

Respectfully submitted this 20th day of February, 2025.

Respectfully submitted this 20th day of February, 2025.

/s/ *Manuel Hiraldo (with consent)*
Manuel Hiraldo, Esq.
Florida Bar No. 030380
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (305) 336-7466
Email: mhiraldo@hiraldolaw.com

Michael Eisenband
Florida Bar No. 94235
EISENBAND LAW. P.A.
515 E. Las Olas Blvd., Suite 120
Fort Lauderdale, Florida 33301
Telephone: (954) 533-4092
MEisenband@Eisenbandlaw.com

Jibrael S. Hindi, Esq.
Florida Bar No. 118259
LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Ft. Lauderdale, Florida 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com

*Counsel for Plaintiffs*

/s/ *Donald Thompson*
Donald Thompson
Florida Bar No. 1003698
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637.2200
Facsimile: (202) 637.2201
Email: donald.thompson@lw.com

Kathryn K. George (admitted pro hac vice)
LATHAM & WATKINS
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: (312) 876-7700
kathryn.george@lw.com

*Counsel for Defendant fuboTV, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed with the CM/ECF system on February 20, 2025, which will automatically send electronic copies to:

Manuel Hiraldo, Esq.
Florida Bar No. 030380
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (305) 336-7466
Email: mhiraldo@hiraldolaw.com

Michael Eisenband
Florida Bar No. 94235
EISENBAND LAW. P.A.
515 E. Las Olas Blvd., Suite 120
Fort Lauderdale, Florida 33301
Telephone: (954) 533-4092
Email: MEisenband@Eisenbandlaw.com

Jibrael S. Hindi, Esq.
Florida Bar No. 118259
LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Ft. Lauderdale, Florida 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com

*Counsel for Plaintiffs*

                                                */s/ Donald Thompson*
                                                DONALD THOMPSON
                                                Counsel for Defendant fuboTV, Inc.