UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-61961-CIV-DIMITROULEAS/AUGUSTIN-BIRCH

ANDREW BAKER and MATTHEW
BERMAN, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FUBOTV, INC.,

    Defendant.
_____/

**ORDER GRANTING REQUEST FOR 60-DAY STAY
OF ALL PENDING CASE DEADLINES**

This cause having come before the Court on the Joint Stipulation and Motion Requesting 60-Day Stay of All Pending Case Deadlines, filed February 20, 2025. The Court has considered the Joint Stipulation, notes that it is unopposed, and is otherwise fully advised in its premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Joint Stipulation [DE 28] is **GRANTED**.

All deadlines in this action are stayed until _____, 2025.

The Parties shall jointly file a status report on _____, 2025, regarding the Parties' progress.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2025.

                                                          WILLIAM P. DIMITROULEAS
                                                          United States District Judge

Copies furnished to:
All counsel of record