UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  23-CV-61961-WPD

ANDREW BAKER and MATTHEW BERMAN,
individually and on behalf of all others similarly
situated.,

        Plaintiffs,
vs.

FUBOTV, INC.,

        Defendant.
_____/

## ORDER DENYING MOTION FOR EXTENSION OF DEADLINES

THIS CAUSE is before the Court upon the Parties' Joint Stipulation and Motion Requesting 60-day Stay of All Pending Case Deadlines (the "Motion") [DE 28], filed herein on February 20, 2025.  The Court has carefully considered the Motion [DE 28] and is otherwise fully advised in the premises.

In the Motion, Defendants request a "60-day stay of the action while the Parties finalize the settlement agreement, after which time the Parties propose they will jointly file a status report regarding the Parties' progress if the action has not been voluntarily dismissed."

The Court does not normally extend deadlines once set in a scheduling order, and the Court does not find good cause to grant the requested extension here.  Defendants have not shown that the May 16, 2025 discovery cutoff and remaining deadlines in this case could not be met despite the parties' diligence. *See Fisher v. SP One, Ltd.*, 559 Fed. Appx 873, 878-79 (11th Cir. 2014) ("The schedule set forth by the court may only be modified for good cause and with the court's consent. To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." (internal citation omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 28] is **DENIED**.

2. Counsel may agree among themselves to conduct discovery beyond the January 15, 2025 Discovery Cutoff, but should not expect the Court to resolve any disputes that arise after the Court's established deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of February, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record