## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANDREW BAKER and MATTHEW BERMAN,
*individually and on behalf of all others*
*similarly situated*,

Plaintiffs,

v.

FUBOTV, INC.,

Defendant.

_____/

**Case No. 0:23-cv-61961-WPD**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Andrew Baker and Matthew Berman, and Defendant FuboTV, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:  All claims of the Plaintiffs are hereby dismissed without prejudice.  All claims of the putative class members are hereby dismissed without prejudice.

Date: May 21, 2025

Respectfully submitted,

/s/ *Donald Thompson*
Donald Thompson
Florida Bar No. 1003698
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637.2200
Facsimile:  (202) 637.2201
Email:  donald.thompson@lw.com

*Counsel for Defendant fuboTV, Inc.*

/s/ *Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff*