UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61961-WPD

ANDREW BAKER and MATTHEW BERMAN,

    Plaintiffs,

-V-

FUBOTV, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This cause is before the Court on the Parties' Joint Stipulation of Dismissal Without Prejudice. [DE 30]. The Court has considered the Stipulation, notes signatures of counsels, and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 30] is **APPROVED**;
2. This action is **DISMISSED WITHOUT PREJUDICE;**
3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record